NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000055
29-JUN-2018
07:55 AM

NO. CAAP-18-0000055

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EUGENE RUIZ, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 15-1-0009)

ORDER DISMISSING APPEAL
By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of pro se Petitioner-Appellant Eugene Ruiz's letter to the appellate clerk, filed May 18, 2018, which the court construes as a motion to dismiss the appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed; pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, June 29, 2018.

Chief Judge

Associate Judge

Associate Judge